UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE MATYCH,

    Plaintiff,

v.

    Case No. 1:20-cv-1062

    Hon. Hala Y. Jarbou

HOME-OWNERS INSURANCE
COMPANY, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal (ECF No. 5) and having heard no response as to Defendant Structural Concepts Corporation Health Care Plan:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter, as to Defendant Structural Concepts Corporation Health Care Plan, is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated:  February 9, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE